**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KEITH SMITH,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **WIRECO WORLDGROUP,** | **NO.  25-4833** |
| **WIRECO WORLDGROUP, INC.,** | |
| **CORPORATION DOE (1-3) and** | |
| **JOHN DOE (1-3),** | |
| **Defendants.** | |

**O R D E R**

**AND NOW**, this 1st day of May, 2026, upon consideration of the Motion to Dismiss Count III of the Complaint by WireCo WorldGroup, WireCo WorldGroup, Inc. (collectively, "WireCo") (ECF No. 9), Plaintiff's opposition thereto (ECF No. 10), and WireCo's reply in support (ECF No. 11), it is hereby **ORDERED** that the Motion is **GRANTED**. Count III is **DISMISSED** with prejudice.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**